**Joandark KASSAB, Plaintiff–Appellant,**

v.

**SAN DIEGO POLICE DEPARTMENT; et al., Defendants–Appellees.**

**No. 09–56672.**

United States Court of Appeals, Ninth Circuit.

Submitted June 15, 2011.*

Filed July 1, 2011.

Joandark Kassab, San Diego, CA, pro se.

Daniel F. Bamberg, Esquire, City Attorney's Office, San Diego, CA, for Defendants–Appellees.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

MEMORANDUM **

Joandark Kassab appeals pro se from the district court's summary judgment in her 42 U.S.C. § 1983 action arising from the search of her store. We have jurisdiction under 28 U.S.C. § 1291. We review

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

de novo. *Whitaker v. Garcetti,* 486 F.3d 572, 579 (9th Cir.2007). We affirm.

The district court properly concluded that Kassab's § 1983 claims were *Heck*-barred. *See Heck v. Humphrey,* 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994) (a constitutional claim that necessarily implies the invalidity of a conviction cannot be brought under § 1983 unless the conviction has already been invalidated); *Szajer v. City of Los Angeles,* 632 F.3d 607, 611 (9th Cir.2011), *petition for cert. filed,* 79 U.S.L.W. 3648 (U.S. Apr. 28, 2011) (No. 10–1343) (a claim alleging an illegal search and seizure of evidence that was used to secure a conviction necessarily implies the invalidity of that conviction).

We construe the judgment to be without prejudice. *See Trimble v. City of Santa Rosa,* 49 F.3d 583, 585 (9th Cir.1995) (per curiam) (stating that dismissals under *Heck* are without prejudice).

Kassab's remaining contentions are unpersuasive.

We do not consider issues not properly raised before the district court. *See Smith v. Marsh,* 194 F.3d 1045, 1052 (9th Cir. 1999).

All pending motions are denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.